THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES LEROY FREEMAN III, Defendant-Appellant.

(No. 72-256;

Fifth District—October 15, 1973.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

No brief for the People.